UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Jai Britt

                    v.
                                        Civil No. 14-cv-00233-PB
NH Department of Corrections,
Commissioner



O R D E R


        No objection having been filed, I herewith approve the

Report and Recommendation of Magistrate Judge Andrea K.

Johnstone dated December 8, 2014.  "'[O]nly those issues fairly

raised by the objections to the magistrate's report are subject

to review in the district court and those not preserved by such

objection are precluded on appeal.'"  School Union No. 37 v.

United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)

(quoting Keating v. Secretary of Health & Human Servs., 848 F.2d

271, 275 (1st Cir.1988)); see also United States v. Valencia-

Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice,

failure to file a specific objection to magistrate's report will

waive the right to appeal).  Additionally, finding that the

petitioner has failed to make a substantial showing of the

denial of a constitutional right, the court declines to issue a

certificate of appealability. <u>See</u> 28 U.S.C.§ 2253(c)(2); Rule

11, Rules Governing Habeas Corpus Cases Under Section 2254;

First Cir. LR 22.0.


        SO ORDERED.

                                /s/ Paul Barbadoro_____
                                Paul Barbadoro
                                United States District Judge


Date: January 9, 2015

 cc:  Jai Britt